AO 451  (Rev. 01/09; DC 4/10)   Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

USDC- GREENBELT
'21 DEC 2 PM 1:34

| | |
|---|---|
| FG HEMISPHERE ASSOCIATES, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 03-1315 |
| DEMOCRATIC REPUBLIC OF CONGO and SOCIETE NATIONALE E'ELECTRICITE (N N E L) ) | |
| *Defendant* ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   01/31/2005   .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:   12/02/2021

*ANGELA D. CAESAR, CLERK OF COURT*

Juleon P. Brown  Digitally signed by Juleon P Brown
Date: 2021.12.02 09:36:06 -05'00'

*Signature of Clerk or Deputy Clerk*

AO 451 (Rev 01/09, DC 4/10)  Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
District of Columbia

USDC- GREENBELT
'21 DEC 2 PM 1:38

| | |
|---|---|
| FG HEMISPHERE ASSOCIATES, LLC | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 03-cv-1315 |
| DEMOCRATIC REPUBLIC OF CONGO et al | ) |
| *Defendant* | ) |

**CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT**

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___12/19/2015___.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date:   11/30/2021

*ANGELA D. CAESAR, CLERK OF COURT*

Juleon P. Brown
Digitally signed by Juleon P. Brown
Date: 2021.11.30 11:51:43 -05'00'

*Signature of Clerk or Deputy Clerk*