# Holland & Knight

800 17th Street N.W., Suite 1100 | Washington, DC 20006 | T 202.955.3000 | F 202.955.5564
Holland & Knight LLP | www.hklaw.com

USDC- GREENBELT
'21 DEC 2 PM 1:23

Benjamin A. Genn
+1 202-469-5489
Benjamin.Genn@hklaw.com

December 2, 2021

*Via Hand Delivery*

U.S. Clerk
U.S. District Court for Maryland
6500 Cherrywood Lane
Suite 200
Greenbelt, MD 20770

      Re:    FG Hemisphere v. Democratic Republic of Congo, Societe Nationale D'Electricite
              Registration of Foreign Judgment Filing

Dear Sir/Madam:

Please find enclosed an original and 1 copy of the following documents in regard to filing a Registration of Foreign Judgment Filing -- Miscellaneous filing along with a CD containing the same documents in a .pdf format.

1. September 19, 2004 Judgment;
2. January 31, 2005 Judgment; and
3. December 19, 2015 Order Granting Motion to Revive Judgment.

Please provide the Courier one file stamped copy of same.

If you have any questions, please contact me at 202.469.5489 or Benjamin.Genn@hklaw.com.

Sincerely yours,

HOLLAND & KNIGHT LLP

*[signature]*

Benjamin A. Genn

BAG:ssm
Enclosures

Atlanta | Austin | Boston | Charlotte | Chicago | Dallas | Denver | Fort Lauderdale | Houston | Jacksonville
Los Angeles | Miami | New York | Orange County | Orlando | Philadelphia | Portland | San Francisco
Stamford | Tallahassee | Tampa | Tysons | Washington, D.C. | West Palm Beach
#152771476_v1