# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| FG HEMISPHERE, | ) ) ) ) ) ) ) | Civil Action Nos. 03-1314 and 03-1315 |
| Plaintiff, | ) ) |  |
| v. | ) ) |  |
| DEMOCRATIC REPUBLIC OF CONGO, SOCIETE NATIONALE D'ELECTRICITE | ) ) ) ) | **FILED** DEC 2 1 2015 |
| Defendants. | ) ) ) | Clerk, U S District & Bankruptcy Courts for the District of Columbia |

## ORDER

Before this Court is plaintiff's motion to revive its two judgments obtained against the defendants: the September 19, 2004 judgment in the amount of "(1) $11,725,844.96 plus interest at an annual rate of 9% on the sum of $11,179,266.36, to be calculated based on the amount of each overdue installment payment included in said sum, starting on the respective due date and up to the date of full payment; (2) interest at an annual rate of 5% on the sum of $546,578.60, starting on March 4, 2001 and up to the date of full payment; and (3) costs in the amount of $25,000 for International Court of Arbitration's administrative costs, $220,900 for the fees of arbitrators, and $168,000 as reimbursement for Energoinvest DD's defense"; and the January 31, 2005 judgment in the amount of "(1) $18,430,555.47 plus interest at an annual rate of 8.75% on the sum of $18,073,746.94, to be calculated based on the amount of each overdue installment payment included in said sum, starting on the respective due date and up to the date of full payment; (2) interest at an annual rate of 5% on the sum of $356,808.52, starting on March 4,

2001 and up to the date of full payment; and (3) costs in the amount of $25,000 for International Court of Arbitration's administrative costs, $215,880 for the fees of arbitrators, and $168,000 as reimbursement for FG Hemisphere Associates, LLC's defense."

The Court having considered the Motion, the Declaration of Peter Grossman, and all attached exhibits, finds that the judgments may be revived for a further period of 12 years pursuant to D.C. Code §§ 15-101, 103.

**THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that plaintiff's motion to revive the judgments for a further period of 12 years is **GRANTED**.

**IT IS SO ORDERED.**

Dated: 12/19, 2015

By: 
Richard J. Leon
United States District Court Judge

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
ANGELA D. CAESAR, CLERK

Juleon P. Brown
Digitally signed by Juleon P. Brown
Date: 2021.11.29 14:51:58 -05'00'