UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JAN 3 1 2005

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| FG HEMISPHERE ASSOCIATES, LLC, ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> DEMOCRATIC REPUBLIC OF CONGO, ) <br> and SOCIETE NATIONALE ) <br> E'ELETRICITE (S.N.E.L.), ) <br> ) <br> **Defendants.** ) | Civ. No. 03-1315 (RJL) |

## JUDGMENT AND ORDER

For the reasons set forth in the accompanying Memorandum Opinion and pursuant to Fed. R. Civ. P. 58, it is this 31st day of January, 2005, hereby

**ORDERED** that the plaintiff's motion for default judgment is **GRANTED**; and it is further

**ORDERED** and **ADJUDGED** that the award to FG Hemisphere Associates, Inc., rendered on April 20, 2003, be confirmed under 9 U.S.C. § 201 et seq.; and it is further

**ORDERED** and **ADJUDGED** that judgment is entered against the Democratic Republic of Congo and Societe Nationale D'Electricite, jointly and severally, and in favor of FG Hemisphere Associates, LLC, in the amount of: (1) $18,430,555.47 plus interest at an annual rate of 8.75% on the sum of $18,073,746.94, to be calculated based on the amount of each overdue installment payment included in said sum, starting on the

respective due date and up to the date of full payment; (2) interest at an annual rate of 5% on the sum of $356,808.53, starting on March 4, 2001 and up to the date of full payment; and (3) costs in the amount of $25,000 for International Court of Arbitration's administrative costs, $215,880 for the fees of arbitrators, and $168,000 as reimbursement for FG Hemisphere Associates, LLC's defense, as provided for in the Award of the International Court of Arbitration.

**SO ORDERED.**

RICHARD J. LEON
United States District Judge

ECF DOCUMENT
I hereby attest and certify that this is a printed copy of a document which was electronically filed with the United States District and Bankruptcy Courts for the District of Columbia.
ANGELA D CAESAR, CLERK

Juleon P. Brown
Digitally signed by Juleon P. Brown
Date: 2021.12.01 09:39:30 -05'00'

2